UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JOSHUA MULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. _____ |
| v. | ) | |
| | ) | |
| LAKE CUMBERLAND REGIONAL | ) | |
| HOSPITAL, LLC, d/b/a LAKE | ) | |
| CUMBERLAND REGIONAL HOSPITAL | ) | |
| and d/b/a COMMONWEALTH | ) | |
| BARIATRIC CENTER; and | ) | |
| | ) | |
| LIFEPOINT OF LAKE CUMBERLAND, | ) | |
| LLC, and | ) | |
| | ) | |
| JOHN D. HUSTED, M.D., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendants Lake Cumberland Regional Hospital, LLC, d/b/a Lake Cumberland Regional Hospital and d/b/a Commonwealth Bariatric Center, and LifePoint of Lake Cumberland, LLC (hereinafter, collectively referred to as "Hospital Defendants"), with the consent of remaining Co-Defendant John D. Husted, M.D., under 28 U.S.C. §§ 1441 and 1446, hereby give notice of the removal of this action from the Circuit Court of Pulaski County, Kentucky, to the United States District Court for the Eastern District of Kentucky, London Division.

In accordance with 28 U.S.C. § 1446(a), true and accurate copies of the Summons, Complaint, and the Plaintiff's first sets of discovery to the Defendants, which constitutes all pleadings and other documents served the upon the Defendants to date, are attached at **Exhibit 1**.

In support of their Notice of Removal, the Hospital Defendants, with the consent of Dr. Husted, state as follows:

**A.      Removal is timely because the Plaintiff's state-court Complaint was served on September 21, 2012, less than 30 days from the date of the filing of the Notice of Removal.**

Plaintiff Joshua Mullins filed this suit in Pulaski Circuit Court, Division I, Commonwealth of Kentucky on September 21, 2012. The Plaintiff's suit was filed against the Hospital Defendants and John Husted, M.D., and is styled as follows: *Joshua Mullins v. Lake Cumberland Regional Hospital, LLC, d/b/a Lake Cumberland Regional Hospital and d/b/a Commonwealth Bariatric Center, LifePoint of Lake Cumberland, LLC, and John Husted, M.D.*, Pulaski Circuit Court, Division I, Civil Action No. 12-CI-01209.

The Hospital Defendants first received the Summons and Complaint in this action on September 21, 2012. The Defendants' Notice of Removal is timely under 28 U.S.C. § 1446(b); the 30-day time limit for filing has not expired.

**B.      The nature of the Plaintiff's lawsuit against the Defendants supports removal under the Court's diversity jurisdiction.**

*1.      The Plaintiff's Complaint involves state-law claims over which this Court has original jurisdiction.*

This is a medical negligence action involving state substantive law arising out of a bariatric surgery performed upon the Plaintiff by John Husted, M.D., at Lake Cumberland Regional Hospital in September 2009. In the Complaint, filed on September 21, 2012, the Plaintiff asserts medical negligence, gross negligence, and negligent misrepresentation claims against all Defendants. The Plaintiff also asserts a negligent credentialing and negligent retention claim against Lake Cumberland Regional Hospital, LLC. The Plaintiff seeks the following damages: medical expenses, lost wages, pain and suffering, impairment of the power to labor and

earn money and perform household services, and punitive damages. The Plaintiff also makes a demand for a trial by jury on all issues. *See* Compl., Sept. 21, 2012.

The Plaintiff's state-court action is removable to this Court under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the parties, and the alleged amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Consequently, this case may be removed to this Court under 28 U.S.C. § 1441(a). Subject matter jurisdiction is satisfied.

    2.    *Diversity of Citizenship exists between the Plaintiff and the Defendants.*

At the time of the filing of this Notice of Removal, the Plaintiff was a Kentucky citizen and domiciliary. *See* Compl. ¶ 1. The Hospital Defendants are Delaware limited liability companies. For purposes of diversity jurisdiction, limited liability companies have the citizenship of each of its partners or members. *E.g.*, *Homfeld II, LLC v. Comair Holdings, Inc.*, 53 Fed. Appx. 731, 732 (6th Cir. 2002). All of the managers/members of Lake Cumberland Regional Hospital, LLC, and LifePoint of Lake Cumberland, LLC, are permanent citizens of the state of Tennessee and consider Tennessee to be their home. Thus, the Hospital Defendants are Tennessee domiciliaries. *See* Aff. of Christopher J. Monte, Oct. 2, 2012, attached at **Exhibit 2**; *see also* Ky. Sec. of State Annual Report Filing, Lake Cumberland Regional Hospital, Feb. 14, 2012, attached at **Exhibit 3** (identifying all members of the entity and residential addresses); *id.*, LifePoint of Lake Cumberland, Feb. 14, 2012, attached at **Exhibit 4** (same). Defendant John Husted, M.D., is a California domiciliary. *See* Consent to Removal by Defendant John Husted, M.D, attached at **Exhibit 5**. Thus, this suit involves a controversy involving complete diversity of citizenship among the parties.

3.      *The amount in controversy requirement is satisfied for removal.*

Based upon the allegations in the Plaintiff's Complaint and based upon the medical expenses incurred by the Plaintiff at Lake Cumberland Regional Hospital, this action involves a claim in which the Plaintiff's alleged damages exceed $75,000.00. *E.g.*, Aff. of Diann Vanhook, Oct. 3, 2012, attached at **Exhibit 6**. The Plaintiff claims he incurred compensatory and punitive damages in connection with personal injuries that were allegedly sustained as a result of a bariatric surgery procedure known as a duodenal switch performed by Dr. Husted at Lake Cumberland Regional Hospital on September 4, 2009. *See* Compl. ¶ 11 (alleging date and procedure); *id.* at 10 (asserting prayer for relief). The Plaintiff allegedly suffered severe complications and underwent a revision surgery by Dr. George Derek Weiss on July 9, 2012. *See id.* ¶ 12. The Plaintiff claims damages for past medical expenses, pain and suffering, lost wages and impairment of the ability to labor and earn money, and punitive damages. *Id.* at 10.

**D.      The Defendants' Notice of Removal is procedurally correct.**

The Hospital Defendants have attached to this notice the complete state-court record of proceedings thus far, satisfying the requirements of 28 U.S.C. § 1446(a). In addition, venue is proper in this Court, under 28 U.S.C. § 1441(a), because this district and division embrace the county in which the removed action has been pending—Pulaski County, Kentucky. Defendants are simultaneously filing a copy of this Notice of Removal with the clerk of the state court in which the action has been pending, Pulaski County Circuit Court.  Further, written notice of the filing of this Notice of Removal will be provided by e-service and by U.S. mail to all adverse parties, as required by law.

**E.     Dr. Husted has consented to removal of this action; all Defendants, therefore, consent to removal.**

As the attached documentation indicates at Exhibit 5, Dr. Husted has consented in writing to this removal, as required by 28 U.S.C. § 1446(a). No other Defendants are named in the Plaintiff's lawsuit.

**F.     The Defendants' prayer for relief.**

The requisite diversity of citizenship between the Plaintiff and Defendants, as required by 28 U.S.C. § 1332, has been satisfied.  Therefore, this matter is removable to federal court pursuant to 28 U.S.C. §§ 1332 and 1441(a). **WHEREFORE**, based upon this Court's original jurisdiction over diverse citizens, Defendants Lake Cumberland Regional Hospital, LLC, and LifePoint of Lake Cumberland, LLC, with the consent of remaining Defendant John D. Husted, M.D., respectfully request that this matter be removed to this Court, under federal diversity jurisdiction.

Respectfully submitted,

THOMPSON MILLER & SIMPSON PLC

/s/ Sallie J. Stevens
B. Todd Thompson
Millicent A. Tanner
Sallie J. Stevens
Chad O. Propst
tthompson@tmslawplc.com
mtanner@tmslawplc.com
sstevens@@tmslawplc.com
cpropst@tmslawplc.com
734 West Main Street, Suite 400
Louisville, Kentucky 40202
502-585-9900
FAX: 502-585-9993

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on October 4, 2012 through the operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A true and correct copy of the foregoing was also mailed to the following:

Ann B. Oldfather
Richard V. Evans
Sheldon L. Hayden
OLDFATHER LAW FIRM
aoldfather@oldfather.com
revans@oldfather.com
shaden@oldfather.com
1330 South Third Street
Louisville, Kentucky 40208
*Counsel for Plaintiff*

Sean Ragland
Katie Watts
PHILLIPS, PARKER, ORBERSON & ARNETT, PLC
sragland@ppoalaw.com
ktipton@ppoalaw.com
716 West Main Street, Suite 300
Louisville, Kentucky 40202
*Counsel for John D. Husted, M.D.*

George Flynn
Clerk
Pulaski Circuit Court
Pulaski County Courthouse
100 Main Street
Somerset, Kentucky 42501

/s/ Sallie J. Stevens
*Counsel for Defendants*
*Lake Cumberland Regional Hospital, LLC,*
*d/b/a Lake Cumberland Regional Hospital and*
*d/b/a Commonwealth Bariatric Center, and*
*LifePoint of Lake Cumberland, LLC*