UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

| | |
|---|---|
| **JOSHUA MULLINS,**  **Plaintiff,**  **V.**  **LAKE CUMBERLAND REGIONAL HOSPITAL, LLC, et al.,**  **Defendants.** | **CIVIL ACTION NO. 6:12-207-KKC**  **ORDER** |

\*\*\* \*\*\* \*\*\*

This matter having come before the Court by a Stipulation of Dismissal with prejudice [DE 120],

IT IS HEREBY ORDERED:

1. Pending motions in the case are hereby deemed **MOOT**.

2. All pending deadlines are considered **SET ASIDE.**

3. This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated September 25, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY